USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/9/2025__

**RECEIVED**
**APR 22 2025**
**PRO SE OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Michael Buxbaum,                    )
        Plaintiff                       )

  -against-                        )        Docket No. 7:25-cv-01064

Tom Ioannou and Lia Ioannou        )
        Defendant                       )        **Notice of Motion**

**MEMO ENDORSED**

PLEASE TAKE NOTICE that upon the Affidavit of Plaintiff Michael Buxbaum filed with the

court and docketed on April 2, 2025, Plaintiff Michael Buxbaum will move before this Court at

United States Courthouse, 500 Pearl Street, in the City of New York, County of New York and

State of New York on April 24, 2025 or soon thereafter for the granting of the Plaintiff's motion

for an ORDER of Summary Judgement pursuant to Rule 56 for the Plaintiff Michael Buxbaum

and granting such other orders from the United States District Court Southern District of New

York for the Plaintiff Michael Buxbaum.

Michael Buxbaum
7491 N Federal Hwy 125
Boca Raton, Florida 33487

Pro se Plaintiff's motion is denied as premature and
denied for failure to follow the Court's Individual Rules.
The Clerk of Court is kindly directed to terminate the
motion at ECF No. 19 and to mail a copy of this
Endorsement to pro se Plaintiff at the address listed on
ECF and to show service on the docket.
Dated: May 9, 2025
      White Plains, NY                     SO ORDERED:

NELSON S. ROMÁN
United States District Judge