USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Buxbaum, )
    Plaintiff )

  -against- ) Docket No. 7:25-cv-01064

Tom Ioannou and Lia Ioannou )
    Defendant )
) **Notice of Motion**

**MEMO ENDORSED**

PLEASE TAKE NOTICE that upon the Pleadings and Affidavit of Plaintiff Michael Buxbaum filed with the court on May 5, 2025 Plaintiff Michael Buxbaum will move before this Court at United States District Court Southern District of New York at 500 Pearl Street in the City of New York, County of New York, and State of New York on May 28, 2025 or soon thereafter for the granting of the Plaintiff's Michael Buxbaum's motion for an ORDER directing the Defendant Tom Ioannou and Defendant Lia Ioannou to vacate the Plaintiff's Michael Buxbaum's real estate property located at 8 Omni Court, New City, New York 10956 and for an ORDER directing Defendant Tom Ioannou and Defendant Lia Ioannou to pay Plaintiff Michael Buxbaum $700,000 for damages and a $10,000 civil penalty for previously making fraudulent communications for money and making False Claims to the United States Federal Government for money and spending such money fraudulently in violation of U.S. Code Title 31 Subtitle III Chapter 37, Subchapter III § 3729 False Claims Act.

Plaintiff Michael Buxbaum _____

---

The Court is in receipt of *pro se* Plaintiff's motion requesting the Court to order Defendants Tom Ioannou and Lia Ioannou to vacate Plaintiff's real estate property. *Pro se* Plaintiff's motion is DENIED for failure to follow the Court's Individual Rules of Practice. The Clerk of Court is directed to terminate the motion at ECF No. 32 and to mail a copy of this endorsement to *pro se* Plaintiff's address as it is listed on ECF and to show service on the docket.

Dated: May 27, 2025
White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

**USPS CERTIFIED MAIL**



9214 8901 4298 0418 3409 04

*CERTIFIED MAIL*

Michael Buxbaum
7491 N Federal Hwy
125
Boca Raton FL 33487

0011609179000011
United States District Court
Southern District of New York
500 Pearl Street
New York NY 33487
USA





RECEIVED
MAY 21 2025
PRO SE OFFICE